Reginald L. NICKENS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 39831.

Missouri Court of Appeals,
Western District.

April 19, 1988.

Jan King, Jefferson City, for appellant.

William L. Webster, Atty. Gen., Deborah L. Ground, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and MANFORD and NUGENT, JJ.

### ORDER

PER CURIAM:

Appeal from denial of Rule 27.26 motion for post-conviction relief.

Affirmed. Rule 84.16(b).